JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM LOVE VINSON,<br><br>           Petitioner,<br><br>     v.<br><br>RAYMOND MADDEN,<br><br>           Respondent. | Case No. 2:18-cv-06783-FLA (JC)<br><br>**JUDGMENT** |

1   Pursuant to the court's Order Accepting Findings, Conclusions, and
2 Recommendations of United States Magistrate Judge, it is HEREBY ORDERED that
3 the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28
4 U.S.C. § 2254 ("Petition") is denied, and the Petition and this action are dismissed
5 with prejudice.

7   IT IS SO ORDERED.

9 Dated: July 9, 2025

  FERNANDO L. AENLLE-ROCHA
  United States District Judge